# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

131412

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VIRGINIA LEWIS,
        Plaintiff-Appellant,

v

                                 SC: 131412
                                 COA: 258777
                                 Wayne CC: 02-228258-NO

HARPER HOSPITAL,
        Defendant,
and

HARPER-HUTZEL HOSPITAL and DETROIT
MEDICAL CENTER,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the May 2, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

t0918